# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THANH PHAM and THUY PHUONG PHAM, h/w MICHAEL PHAM**<br><br>Plaintiffs,<br><br>v.<br><br>**ALLSTATE INSURANCE COMPANY**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 22-4601** |

## ORDER

**AND NOW**, this 30th day of January, 2023, it is hereby **ORDERED** that Defendant Allstate Insurance Company's Motion to Dismiss as to Count II, is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**